UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Lois Losse,

Plaintiff,

vs.

ORDER OF DISMISSAL

Roseau Area District Hospital,

Defendant.

Civ. No. 00-729 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: July 12, 2000
At Minneapolis, Minnesota

JUL 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK