UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
SIXTH DIVISION

Lois Losse,

Plaintiff,

vs.

Roseau Area District Hospital,

Defendant.

Civil File No. 00-729 MJD/RLE

**RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties in the above captioned action, through their respective counsel, hereby stipulate that the above captioned action may be dismissed with prejudice, without costs, attorneys' fees or disbursements to either party.

Dated: July 24, 2000

HANNIG & ELLISON, P.A.

By [signature]
Jeffrey R. Hannig (#126251)
1001 Center Avenue, Suite H
P.O. Box 99
Moorhead, MN 56561-0099
(218) 233-5859

Attorneys for Plaintiff



FILED AUG 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July ____, 2000

DORSEY & WHITNEY LLP

By ______________________
Stephen P. Lucke (#154210)
Heather J. Klaas (#283319)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-7880

Attorneys for Defendant

IT IS HEREBY ORDERED THAT:

The above captioned action is dismissed with prejudice.

Dated: 8.2, 2000

______________________
The Honorable Michael J. Davis
United States District Court Judge